IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) Civil No. 1:22-cv-774 |
| v. | ) ) |
| CONGRESSIONAL INSTITUTE, INC., | ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL**

COMES NOW, Plaintiff National Railroad Passenger Corporation (hereinafter "Amtrak"), by and through its attorneys, J. Christopher Nosher, and the law firm of Kiernan Trebach LLP, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulates that the above-captioned matter be dismissed in its entirety with prejudice.

Dated: January 3, 2023          Respectfully submitted

*/s/ J. Christopher Nosher*
J. Christopher Nosher (VSB No. 43070)
KIERNAN TREBACH LLP
One Park Place, Suite 425
Annapolis, Maryland 21401-3539
Telephone:  (443) 263-2800
Facsimile:  (443) 263-2935
Email: cnosher@kiernantrebach.com
*Counsel for Plaintiff National Railroad Passenger Corporation*